PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 1:23CR0374-1 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| ALFONZO T. NEAL, | ) | |
| | ) | |
| Defendant. | ) | **NOTICE** |

The Court hereby informs the parties that during Defendant Alfonzo T. Neal's sentencing hearing scheduled for November 7, 2024 and in accordance with Fed. R. Crim. P. 11, the Court intends to reject the Fed. R. Crim. P. 11(c)(1)(C) Plea Agreement as being irreconcilable with Defendant's criminal activity, the advisory Sentencing Guidelines, and 18 U.S.C. § 3553(a). The Court reminds Defendant that the Court is not required to follow the Plea Agreement; and offers Defendant an opportunity to withdraw his pleas of guilty to Counts 1, 2, and 3 of the Indictment (ECF No. 11).

 November 6, 2024                         */s/ Benita Y. Pearson*
Date                                                 Benita Y. Pearson
                                                    United States District Judge